NELLA MANKO, Appellant, v DANA MANNOR et al., Respondents, et al., Defendants.

Decided May 11, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.